IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

vs.

_Leland Paxson_

Defendant.

Case / Citation No. _____

DEFENDANT'S REQUEST AND
WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her

_____ Hearing scheduled for MON. FEB 12th 8:30 A.m.

Defendant resides in ROSAMOND, CALIF and it would be a financial

hardship for him/her to travel to BAKERSFIELD California for the scheduled

hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at

the upcoming _____ Hearing.

Defendant hereby waives his/her presence at the _____ hearing on MON. FEB. 12th

at __8:30__ .m. and requests the Court to proceed during his/her absence and agrees

that his/her interest will be deemed the same as if he/she were personally present. This

request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 02/08/07

_____
Defendant's Counsel (Print and Sign)

_Leland Paxson_
Defendant's (Signature)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may

be waived on _2/12_ , 200_7_.

Dated: _2/12/2007_

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1