IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,  )  Case / Citation No. 5-07-mj-00007-TAG
          Plaintiff,       )
vs.                        )  DEFENDANT'S REQUEST AND
Leland Parson              )  WAIVER OF APPEARANCE
          Defendant.       )

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for 4-10-07 at 9:00 a.m. Defendant resides in ROSAMOND, CA and it would be a financial hardship for him/her to travel to BAKERSFIELD, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _Status_ hearing on 4-10-07 at 9:00 a.m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 04/05/07

_____  
Defendant's (Signature)

_____  
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on April 10, 2007.

Dated: 4/10/2007

_____  
THERESA A. GOLDNER  
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,　　　　　　　　　　Case / Citation No. 5:07-mj 00001 TAG

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　DEFENDANT'S REQUEST AND
                                         WAIVER OF APPEARANCE
Leland Paxson

　　　　Defendant.

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for _3-26-07_ at _____ .m. Defendant resides in _ROSAMOND, CA_ and it would be a financial hardship for him/her to travel to _BAKERSFIELD_, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _____ hearing on _3-26-07_ at _____ .m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 0 9 - 0 4 -10

_[signature]_ Defendant's Counsel (Print and Sign)

_[signature]_ Defendant's (Signature)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on _March 26_, 200_7_.

Dated: _4/16/2007_

THERESA A. GOLDNER
U.S. Magistrate Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,
    Plaintiff,
vs.
Leland Paxson
    Defendant.

Case / Citation No. 5-07-mj-00017-TAG

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for 3-19-07 at 9:00 .m. Defendant resides in ROSAMOND, CA and it would be a financial hardship for him/her to travel to BAKERSFIELD, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _Status_ hearing on 3-19-07 at 9:00 .m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: 01-04-10

_[signature]_
Defendant's (Signature)

Greg _[signature]_
Defendant's Counsel (Print and Sign)

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on March 19, 2007.
Dated: 4/16/2007

_[signature]_
THERESA A. GOLDNER
U.S. Magistrate Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,
        Plaintiff,
vs.
Leland Paxson,
        Defendant.

Case / Citation No. S-07-mj-00017 TAG

DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE

Defendant hereby requests a Court Order waiving his/her appearance at his/her _Status_ Hearing scheduled for _3-12-07_ at _____ .m. Defendant resides in _ROSAMOND, CA_ and it would be a financial hardship for him/her to travel to _BAKERSFIELD_, California for the scheduled hearing. For this reason, it is in the interest of justice to permit to waive his/her presence at the upcoming _Status_ Hearing.

Defendant hereby waives his/her presence at the _Status_ hearing on _3·12·07_ at _9:00_ .m. and requests the Court to proceed during his/her absence and agrees that his/her interest will be deemed the same as if he/she were personally present. This request is made pursuant to Fed. R. Crim. P. 43 (b)(2).

Dated: _04-04-7C_

_____
Defendant's (Signature)

_____
Defendant's Counsel (Print and Sign)

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on _March 12_, 2007.
Dated: _4/16/2007_

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1