1 | LAW OFFICE OF GREGORY H. MITTS
    1309 L STREET
2 | BAKERSFIELD, CA.  93301
    CAL. STATE BAR NO. 71981
3 | TEL: (661) 323-0789
    FAX: (661) 323-5514
4 | ATTORNEY FOR DEFENDANT
    LELAND J. PAXSON
5
6 |              UNITED STATES DISTRICT COURT
7 |              EASTERN DISTRICT OF CALIFORNIA
8
9 | UNITED STATES OF AMERICA,        Case No.: 5:07-mi-00001 TAG
10|         Plaintiff,                STIPULATION TO CONTINUE STATUS
                                      CONFERENCE HEARING; AND PROPOSED
11|     vs.                           ORDER MOTION
12| LELAND J. PAXSON,                 DATE: 04-10-07
                                      TIME: 9:00 a.m.
13|         Defendant                 Judge: Hon. Theresa Goldner

14
15     IT IS HEREBY STIPULATED by and between hereto, and through
16  their respective counsel of record, that the Status Conference
17  Hearing, currently set for April 10, 2007, may be continued to
18  April 24, 2007.
19     The grounds for the continuance are plea negotiations.
20     The parties agree that the delay resulting from the
21  continuance shall be excluded in the interests of justice,
22  including, but not limited to, the need for the period of time
23  set forth therein for effective defense
24  ///
25  ///

                     STIPULATION TO CONTINUE - 1

1  preparation, pursuant to 1861 U.S.C. 3161(h)(8)(A).

2

3  DATED 04/6/07

4

5

6                                   GREGORY H. MITTS
                                    ATTORNEY FOR DEFENDANT
7                                   LELAND J. PAXSON

8
                                    DARRIN K. JOHNS
9                                   ASSISTANT U.S. ATTORNEY
                                    ATTORNEY FOR THE PLAINTIFF
10

11     IT IS SO ORDERED. Time is excluded in the interests of
12  justice, pursuant to 1861 U.S.C. 3161(h)(8)(A).

13

14  DATED: 4/16/207

15

16

17                                  THE HON. THERESA GOLDNER
                                    ASSIST. SPEC. U.S. ATTORNEY
18

19

20

21

22

23

24

25

STIPULATION TO CONTINUE - 2